UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-0302 OWW |
| Plaintiff, | ) ) | ORDER TO FILE REPORT OF DR. BERGER UNDER SEAL |
| v. | ) ) | |
| JAMES WRIGHT, | ) ) | |
| Defendant. | ) ) ) | |

The report of Bruce Berger, M.D. dated August 12, 2009 regarding Defendant is hereby ordered filed under seal.

IT IS SO ORDERED.

Dated:   August 26, 2011           /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1