# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00302 LJO |
| Plaintiff, | **ORDER REQUESTING UPDATED STATUS REPORT** |
| vs. | |
| JAMES WRIGHT, | |
| Defendant. | |

The above named defendant was determined to be incompetent on or about April 25, 2006 as a result of an examination pursuant to court order. The defendant was sent to FCC Butner for treatment pursuant to 18 USC 4241(d). After he was restored to competency, the defendant was tried and found not guilty by reason of insanity. Pursuant to 18 USC 4243(a), the defendant was committed and hospitalized after the verdict. He was then committed to the custody of the Attorney General for hospitalization in a suitable facility pursuant to 18 USC 4243(e). That facility has not set been found. The Court requests an updated report addressing two issues:

1. The current status of the search for a facility;
2. Whether there is any reason whatsover to restrict the search for such a facility geographically. (the Court currently does not see that need for restriction).

IT IS SO ORDERED.

**Dated:   December 13, 2011**         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1